**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7285**

———————

JUAN JOSE DUPREE,

                                        Plaintiff - Appellant,

        versus

SERGEANT L. BROWN; LIEUTENANT WOODRUM; CAPTAIN
D. CROWDER,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge. (CA-
02-3515-RDB)

———————

Submitted:  February 25, 2004         Decided:  March 16, 2004

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Juan Jose Dupree, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juan Jose Dupree appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Dupree v. Brown, No. CA-02-3515-RDB (D. Md. June 30, 2003). We conclude that Dupree's claim that prison conditions violate the Eighth Amendment is meritless. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED